FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 30 2018 ★
BROOKLYN OFFICE

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 1/30/18

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge

The Clerk is directed to close this case.

Docket No.: 17 CV 06524 (ENV)(CLP)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
ERNEST PORTER and THOMAS ALEXANDER,

                Plaintiffs,

    --against--

BOMBINO EXPRESS, INC., MR. MOHAN "DOE", last Name being fictitious intended to be a manager/agent/represetantive/servant/employee/supervisor of Bombino Express, individually and in his official capacity as manager/agent/representative/servant/employee/supervisor of Bombino Express, and MR. SHABIR "DOE", last name being fictitious intended to be a manager/agent/representative/servant/employee/supervisor of Bombino Express, individually and in his official capacity as manager/agent/representative/servant/employee/supervisor of Bombino Express,

                Defendants.
-------------------------------------------------------------X

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs ERNEST PORTER and THOMAS ALEXANDER, by their attorneys, DRUMMOND & SQUILLACE, PLLC, hereby give notice that the above captioned action, having been settled with the Defendants before the Defendants appeared and/or served an Answer or Motion in this action, is hereby dismissed with prejudice, as same has been settled, and is hereby voluntarily dismissed by Plaintiffs as and against all Defendants herein based upon said settlement of the within action. As such, dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: December 28, 2017

                                    Respectfully submitted,

                                    JENNA DICOSTANZO (JD 1127)
                                    Drummond & Squillace, PLLC
                                    Attorneys for Plaintiffs
                                    ERNEST PORTER and
                                    THOMAS ALEXANDER
                                    175-61 Hillside Avenue Suite 205
                                    Jamaica, New York 11432
                                    (718) 298-5050
                                    jdicostanzo@dswinlaw.com

Docket No.: 17 CV 06524 (ENV)(CLP)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ERNEST PORTER and THOMAS ALEXANDER,

                        Plaintiffs,

    --against--

BOMBINO EXPRESS, INC., MR. MOHAN "DOE", last Name being fictitious intended to be a manager/agent/represetantive/servant/employee/supervisor of Bombino Express, individually and in his official capacity as manager/agent/representative/servant/employee/supervisor of Bombino Express, and MR. SHABIR "DOE", last name being fictitious intended to be a manager/agent/representative/servant/employee/supervisor of Bombino Express, individually and in his official capacity as manager/agent/representative/servant/employee/supervisor of Bombino Express,

                        Defendants.
-----------------------------------------------------------------------X

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**DRUMMOND & SQUILLACE, PLLC**
Attorney for Plaintiffs
ERNEST PORTER and
THOMAS ALEXANDER
175-61 Hillside Avenue, Suite 205
Jamaica, NY 11432
(718) 298-5050